ORVILLE B. STANTON V. THE KANSAS MUTUAL LIFE INSURANCE COMPANY. No. 11,987. (68 Pac. 1132.) Error from Shawnee district court. Opinion filed April 5, 1902. Division one. *Affirmed.* Eugene Hagan, A. F. Williams, and G. C. Clemens, for plaintiff in error. R. T. Herrick, for defendant in error.

G. W. PAMPEL V. H. DOWNEY *et al.* No. 12,060. (68 Pac. 607.) Error from Pottawatomie district court. Opinion filed April 5, 1902. Division one. *Dismissed.* P. L. Burlingame, for plaintiff in error. Codding & Challis, for defendants in error.

RUFUS FRAZIER *et al.* V. THE SECOND BAPTIST CHURCH OF TOPEKA, IN THE STATE OF KANSAS. No. 12,066. (68 Pac. 1128.) Error from Shawnee district court. Opinion filed April 5,. 1902. Division one. *Affirmed.* Vance & Campbell, for plaintiffs in error. David Overmyer, and Isenhart & Alexander, for defendant in error.

SARAH P. SCHROYER V. JOHN TAYLOR *et al.* No. 12,093. (68 Pac. 1131.) Error from Marshall district court. Opinion filed April 5, 1902. Division one. *Affirmed.* Cal. T. Mann, for plaintiff in error. E. A. Berry, and Gregg & Gregg, for defendants in error.

JAMES S. TAYLOR V. THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY. No. 12,116. (68 Pac. 691.) Error from Sedgwick district court. Opinion filed April 5, 1902. Division one. *Reversed.* Amidon & Conly, for plaintiff in error. A. A. Hurd, and O. J. Wood, for defendant in error.

ED. EDKINS V. THE CITY OF WICHITA. No. 12,117. (68 Pac. 1127.) Error from Sedgwick district court. Opinion filed April 5, 1902. Division one. *Affirmed.* Amidon & Conly, for plaintiff in error. A. E. Helm, city attorney, and Smyth & Helm, for defendant in error.

THE CITY OF ROSEDALE V. VALENTINE ANDERES. No. 12,121. (68 Pac. 1126.) Error from Wyandotte court of common pleas. Opinion filed April 5, 1902. Division one. *Dismissed.* Hutchings & Keplinger, for plaintiff in error. J. G. & George W. Littick, for defendant in error.

THE EDINBURGH LOMBARD INVESTMENT COMPANY, LIMITED, V. EMMA COOPER *et al.* No. 12,484. (68 Pac. 1127.) Error from Rooks district court. Opinion filed April 5, 1902. Division two. *Affirmed.* Cook & Gossett, and Deweese & Miller, for plaintiff in error. W. B. Ham, for defendants in error.

NATIONAL BANK OF COMMERCE V. JESSE AXTELL. No. 12,556. (68 Pac. 1129.) Error from Marshall district court. Opinion filed April 5, 1902. Division two. *Affirmed.* G. E. Scoville, and J. G. Strong, for plaintiff in error. E. A. Berry, and Gregg & Gregg, for defendant in error.

THE STATE OF KANSAS V. TOLBERT HAMLIN. No. 12,727. (68 Pac. 1133.) Appeal from Barber district court. Opinion filed April 5, 1902. Division one. *Affirmed.* Samuel Griffen, county attorney, and Noble & Tincher, for The State. G. M. Martin, Ellis & Ellis, and Austin & Hungate, for appellant.

THE STATE OF KANSAS V. GEORGE H. PUTNEY. No. 12,931. (68 Pac. 1133.) Appeal from Geary district court. Opinion filed April 5, 1902. Division one. *Affirmed.* W. S. Roark, county attorney, for The State. C. S. Crawford, for appellant.